**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Servando Amezcua |
| Debtor 2 (Spouse, if filing) | Socorro Amezcua |
| United States Bankruptcy Court for the Northern District of Illinois (State) | |
| Case number | 13-39927 |

# Form 4100R
## Amended Response to Notice of Final Cure Payment   10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): 2

**Last 4 digits of any number you use to identify the debtor's account:** 7808

**Property address:**
409 Campbell Street
Number    Street

Joliet     Illinois     60435
City       State       Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    12/01/2018
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                         (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:                    (b) $ _____

                                                                                        $ _____
d. **Total**. Add lines a and b.                                                    (d) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

| Debtor 1 | Servando Amezcua | Case Number (if known) | 13-39927 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5.   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Anna E. Rinehart          Date   12/21/2018
      Signature

**Print**   Anna E. Rinehart          Title   Attorney for Creditor
             First Name   Middle Name   Last Name

Company   Johnson, Blumberg & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   230 W. Monroe Street, Suite 1125,
          Number          Street

          Chicago, IL 60606
          City            State    ZIP Code

Contact Phone   312-541-9710          Email   arinehart@johnsonblumberg.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Servando Amezcua
Socorro Amezcua
                Debtors

Bankruptcy No. 13-39927
Judge Pamela S. Hollis (Joliet)
Chapter: 13

## CERTIFICATE OF SERVICE

TO:    Servando Amezcua, 409 Campbell Street, Joliet, IL 60435
        Socorro Amezcua, 409 Campbell Street, Joliet, IL 60435
        Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
        Timothy A. Clark, McGrath & Clark, P.C., 440 S. State Street, Manhattan, IL 60442
        Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

I, Claudia Hernandez Cabrales, declare under the penalty of perjury that I served a copy of the amended response to the notice of final cure to the debtor at address listed above by depositing it in the U.S. Mail at 230 W Monroe, Chicago, IL 60606 and to the debtor's attorney and trustee electronically via the Court's CM/ECF system on December 21, 2018.

                                            /s/ Claudia Hernandez Cabrales
                                               Claudia Hernandez Cabrales

Claudia Hernandez Cabrales
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE